**Order entered October 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00126-CR

**SILVINO RICARDO AREVALO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-24895-U**

## ORDER

Before the Court is court reporter Sasha S. Brooks's October 29, 2018 request for an extension of time to file the State's exhibits to the reporter's record. The exhibits have been tendered for filing. We **GRANT** the request and **ORDER** the exhibits to the reporter's record filed as of the date of receipt.

/s/     LANA MYERS
JUSTICE